*737 Cross motion, insofar as it seeks an amendment of the notice of appeal, granted. Motion to dismiss appeal taken as of right granted and the appeal dismissed, with costs and $20 costs of motion, and cross motion insofar as it seeks leave to appeal dismissed, each upon the ground that the Appellate Division order granting a new trial, which is here sought to be reviewed, does not “necessarily affect” the final judgment as required by CPLR 5601 (subd [d]) and 5602 (subd [b], par 2, cl [ii]). (Long v Forest-Fehlhaber, 55 NY2d 154, 158; Miocic v Winters, 52 NY2d 896; Cohen and Karger, Powers of the New York Court of Appeals, § 79, p 344.)